UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMIEL JOHNSON,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | No. 25-cv-0852 |
| : | |
| **CAROL JEAN ANNINE,** : | |
|     **Defendant.** : | |

**O R D E R**

**AND NOW**, this 3rd day of September, 2025, upon consideration of Jamiel Johnson's Motion to Proceed *In Forma Pauperis* (ECF No. 5), Prisoner Trust Fund Account Statement (ECF No. 9), Motion for Leave to Supplement Complaint (ECF No. 10), Motion to Correct Error on Docket (ECF No. 11), Motion for Acknowledgment of Filing (ECF No. 13), and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Jamiel Johnson, #GK-4813, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Camp Hill or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Johnson's inmate account; or (b) the average monthly balance in Johnson's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Johnson's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's

income credited to Johnson's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Camp Hill.

4. The Complaint is **DEEMED** filed.

5. Johnson's Motion for Leave to Supplement Complaint, ECF No. 10, is **GRANTED**.

6. Johnson's Motion to Correct Error in Docket, ECF No. 11, is **GRANTED**. The Clerk of Court is **DIRECTED** to **AMEND** the docket to reflect that the correct spelling of the Defendant's name is "Annino."

7. Johnson's Motion for Acknowledgment of Filing, ECF No. 13, is **DENIED AS MOOT** in light of the filing of this Order and the accompanying Memorandum.

8. Johnson's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum issued this date.

9. The Clerk of Court shall **CLOSE** this case.

                                                **BY THE COURT:**

                                        */s/ Joseph F. Leeson, Jr.*
                                        **JOSEPH F. LEESON, JR.**
                                        **United States District Judge**